**CAPITAL SECURITY SYSTEMS, INC., Plaintiff-Appellant**

v.

**NCR CORPORATION, Suntrust Banks, Inc., Suntrust Bank, Defendants-Appellees**

**2017-1396**

United States Court of Appeals, Federal Circuit.

March 7, 2018

PETER LAMBRIANAKOS, Brown Rudnick, LLP, New York, NY, argued for plaintiff-appellant. Also represented by ALFRED ROSS FABRICANT.

PAUL WHITFIELD HUGHES, Mayer Brown LLP, Washington, DC, argued for defendants-appellees. Also represented by STEPHEN ERIC BASKIN, JONATHAN WEINBERG.

(Prost, Chief Judge, Moore, and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**